JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>FASHION NOVA, INC., a California Corporation; *et al.*<br><br>            Defendants. | Case No: 2:20-cv-07565-RGK-KS<br><br>**ORDER RE STIPULATION TO DISMISSAL WITH PREJUDICE OF ACTION AS TO DEFENDANT FASHION NOVA, INC.**<br><br>**Hon. R. Gary Klausner** |

The Court, having reviewed the Stipulation to Dismissal with Prejudice as to Defendant Fashion Nova, Inc. filed by Plaintiff Deckers Outdoor Corporation ("Plaintiff") and Defendant Fashion Nova, Inc. ("Defendant FASHION NOVA"), and having found good cause to exist, **IT IS HEREBY ORDERED** that:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendant FASHION NOVA is hereby DISMISSED *with prejudice* from the above-captioned action. The parties shall each bear its own attorneys' fees and costs incurred in connection with this Action.

**IT IS SO ORDERED.**

Dated:        September 10, 2021

_____
Honorable R. Gary Klausner
**United States District Judge**